**Order entered September 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00611-CV

### THE CITY OF DALLAS, Appellant/Cross-Appellee

### V.

### MILLWEE-JACKSON JOINT VENTURE AND STEPHEN M. MILLWEE, Appellees/Cross-Appellants

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-04-07287-D**

### ORDER

Before the Court is appellant's September 15, 2020 unopposed motion for second extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 21, 2020.

/s/     ERIN A. NOWELL
        JUSTICE